UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUL 14 PM 12: 48

CLERK

BY ႒ၱ
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | Criminal No. |
| ) | 5:16-cr-94 |
| BRIAN FOLKS, aka "Moe," aka "Moet Hart," ) | |
| DONALD MCFARLAN, aka "G" and ) | |
| MANDY LATULIPPE,           ) | |
| Defendants.                ) | |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by its attorney, Eric S. Miller, United States Attorney for the District of Vermont, hereby moves this Court to seal the Indictment, the Arrest Warrants, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of the defendants, to protect the safety of the arresting officers and prevent the flight of the defendants.

WHEREFORE, the United States requests that the Court grant this motion to seal the Indictment, Arrest Warrants, this motion, any order granting this motion, and the docket sheet until the arrest of the defendants.

Dated at Rutland, in the District of Vermont, July 14, 2016.

                                          Respectfully submitted,

                                          UNITED STATES OF AMERICA

                                          ERIC S. MILLER
                                          United States Attorney

By:     */s/ Timothy C. Doherty, Jr. (bcm)*
           TIMOTHY C. DOHERTY, JR.
           Assistant U.S. Attorney
           P.O. Box 570
           Burlington, VT 05402-0570
           (802) 951-6725