UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUL 14 PM 12:48

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | |
| BRIAN FOLKS, aka "Moe," aka "Moet Hart," ) | 5:16-cr-94 |
| DONALD MCFARLAN, aka "G" and ) | |
| MANDY LATULIPPE, ) | |
| Defendants. ) | |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendants, it is hereby

ORDERED, that the Indictment, Arrest Warrants, Motion to Seal Indictment, this Order, and the docket sheet are hereby sealed until the arrest of the defendants.

Dated at Burlington, in the District of Vermont, this 14th day of July, 2016.

JOHN M. CONROY
United States Magistrate Judge