U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2016 JUL 21 PM 4:30

CLERK

BY _____que_____
DEPUTY CLERK

United States of America
v.
Mandy Latulippe

)
)  Case No. 5:16-cr-94-3
)
)
)
)

Defendant

U.S. MARSHALS SERVICE
DISTRICT OF VERMONT
2016 JUL 14 PM 1:41
RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mandy Latulippe,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, and cocaine and cocaine base, Schedule II controlled substances, in violation of 21 U.S.C. § 846

Date: 7/14/2016

_____Lisa Wright_____
*Issuing officer's signature*

City and state: Burlington, Vermont

Lisa Wright, Operations Specialist
*Printed name and title*

### Return

This warrant was received on *(date)* 7/14/16, and the person was arrested on *(date)* 7/19/16
at *(city and state)* Burlington, VT.

Date: 7/20/16

_____R L_____ for DEA
*Arresting officer's signature*

Brandon Wilson, DUSM
*Printed name and title*