U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JAN 31 AM 11: 39

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:16-cr-94 |
| ) | |
| BRIAN FOLKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant has filed a motion for an additional (60) sixty days within which to review discovery and file pretrial motions. The Government does not oppose the motion.

Pursuant to 18 U.S.C. §3161(h)(7), the Court finds that, based on the need for the defense to review discovery and to file pretrial motions, that the ends of justice are best served by granting an extension of time and outweigh the best interests of the defendant and the public to a speedy trial. Denial of this extension of time would deprive counsel for the defendant reasonable time necessary for the effective preparation of the case. Accordingly, pretrial motions shall be filed by April 3, 2017.

It is FURTHER ORDERED that the period of delay resulting from this extension shall be excludable in computing the time in which the trial in this case must commence. The time to be excluded as outlined above shall commence on February 2, 2017, and continue through April 3, 2017.

Dated at Rutland, in the District of Vermont, this 31st day of January, 2017.

Geoffrey W. Crawford, Judge
United States District Court