NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.  Case No: 5:16cr94-1-2-3

BRIAN FOLKS
DONALD MCFARLAN
MANDY LATULIPPE

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Wednesday, May 17, 2017, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment on Superseding Indictment.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| Date of Notice: 5/2/2017 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

TO:
Abigail E Averbach , AUSA
Timothy C. Doherty, Jr. , AUSA
Wendy L. Fuller , AUSA
William E. Kraham , Esq.
Kevin M. Henry , Esq.
Katina Francis Ready , Esq.