IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | WAIVER OF APPEARANCE FOR ARRAIGNMENT |
| v. | CRIMINAL NO. 5:16-cr-94 |
| MANDY LATULIPPE, | |
| Defendant | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
5/17/17
BY _____
DEPUTY CLERK

I, Mandy Latulippe, am charged by superseding indictment with an offense or offenses under the United States Code.

I have received a copy of the superseding indictment dated April 27, 2017 and my plea is **NOT GUILTY** to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

5-8-17
Date

*Mandy Latulippe*
Defendant

5/13/17
Date

Katina Francis Ready,
Esq. Attorney For
Defendant
katina@kfrlaw.com
Law Office of Katina Francis Ready, Esq. PLLC
PO Box 311
Bristol, Vermont 05443

5/17/2017
Date

Magistrate John M. Conroy
Judge