NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.   Case No: 5:16cr94-1-2-3

BRIAN FOLKS
DONALD MCFARLAN
MANDY LATULIPPE

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Monday, June 19, 2017, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment on Second Superseding Indictment.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| Date of Notice: 6/12/2017 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

TO:　　　　　　　　　　　　　　　　　　　Katina Francis Ready , Esq.
Abigail E Averbach , AUSA

Wendy L. Fuller , AUSA

William E. Kraham , Esq.

Kevin M. Henry , Esq.