# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       v.                                Case No. 5:16-cr-94-03

**MANDY LATULIPPE**

**TAKE NOTICE** that the above-entitled case has been scheduled at 1:00 PM on Friday, September 8, 2017, at Burlington, Vermont before the Honorable Geoffrey W. Crawford, District Judge, for a Change of Plea Hearing.

| | |
|---|---|
| **Location: Courtroom 110** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 9/6/2017** | |
| | **By** /s/ *Pamela J. Lane* |
| | **Deputy Clerk** |

**TO:**

Abigail E. Averbach, AUSA
Wendy L. Fuller, AUSA

Katina Francis Ready, Esq.

Anne Henry, Court Reporter