# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       v.                                 Case No. 5:16-cr-94-03

**MANDY LATULIPPE**

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Monday, January 8, 2018, at Rutland, Vermont before the Honorable Geoffrey W. Crawford, District Judge, for Sentencing.

**Location: Main Courtroom**                  **JEFFREY S. EATON, Clerk**
**Date of Notice: 9/8/2017**

                                                       **By /s/ *Pamela J. Lane***
                                                         **Deputy Clerk**

**TO:**

Abigail E. Averbach, AUSA
Wendy L. Fuller, AUSA

Katina Francis Ready, Esq.

Anne Henry, Court Reporter