## ATTACHMENT A

1. The property to be searched is the content of seven electronic devices as follows:

    a. Black TOMTOM Global Positioning System (Model: 4EN52 Z1230, C/NO: BL4331A00872), hereafter referred to as "DEVICE SIX";

    b. Black Nextar thumb drive (S/N: KH0810044529), hereafter referred to as "DEVICE SEVEN";

    c. Black AT&T cellular phone (Model: Z431, IMEI: 861831009055027, S/N: 325823530003), hereafter referred to as "DEVICE EIGHT";

    d. Black Alcatel cellular phone (Model: OT871AGPIB, IMEI: 013756006998738, S/N: HTJE53AHJMWI9E2), hereafter referred to as "DEVICE NINE";

    e. Pink Samsung cellular phone (Model: SPH-M350, DEC: 268435460105440949, HEX: A00000295305B5), hereafter referred to as "DEVICE TEN";

    f. Grey Nextel cellular phone (Model: IC402, IMEI:, S/N:), hereafter referred to as "DEVICE ELEVEN";

    g. Black Trio Stealth Lite Tablet (S/N: 1301107963), hereafter referred to as "DEVICE TWELVE";

2. The applied-for warrant would authorize the forensic examination of the seven electronic devices for the purpose of identifying electronically stored data particularly described in Attachment B.