# ATTACHMENT B

1. All records on the seven electronic devices that relate to, or constitute evidence of, violations of federal laws, including but not limited to the knowing or intentional distribution of and possession with intent to distribute heroin; conspiracy to distribute heroin; sex trafficking by force, fraud, or coercion, or of a minor, in or affecting interstate commerce; and the unlawful possession of a firearm in or affecting interstate commerce by a prohibited person, in violation of 21 U.S.C. §§ 841(a) and 846; 18 U.S.C. §§ 1591 and 922(g)(1), committed by Brian FOLKS and his known and unknown associates and coconspirators, including:

    a. telephone numbers in contact lists including names and phone numbers of coconspirators, customers, and other associates and related identifying information and the telephone number assigned to the phone, records of telephones to which calls were placed and from which calls were received as well as logs of incoming, outgoing, and missed calls;

    b. types, amounts, and prices of drugs and persons trafficked as well as dates, places, and amount of specific transactions;

    c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    d. any information related to the identity of persons trafficked, as well as dates, places, and amount of specific transactions;

    e. location information at various times as provided by the metadata associated with photographs and location information provided by GPS applications;

    f. any information regarding bank records, checks, credit card bills, account information, commercial exchanges, and other financial records;

    g. text, numeric, and alphanumeric messages;

    h. digital photographs and videos of individuals involved in drug or human trafficking, of drug or commercial sex proceeds, controlled substances, cash, hotel rooms, automobiles used to transport controlled substances, and drug- or sex-related paraphernalia.

2. Evidence of user attribution (including the purpose of its use, who used it, and when), showing who used or owned the seven electronic devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic or computer storage.