U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 NOV 13 PM 1:04

CLERK
BY RC
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Case No. 5:16-cr-94-01
)
BRIAN FOLKS, )
)
Defendant. )

## ORDER

The defendant has filed a motion for an additional (30) thirty days within which to review discovery and file pretrial motions. The Government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that, based on the need for the defense to review discovery and to file pretrial motions, that the ends of justice are best served by granting an extension of time and outweigh the best interests of the defendant and the public to a speedy trial. Denial of this extension of time would deprive counsel for the defendant reasonable time necessary for the effective preparation of the case. Accordingly, pretrial motions shall be filed by December 19, 2017.

It is FURTHER ORDERED that the period of delay resulting from this extension of time shall be excludable in computing the time in which the trial in this case must commence. The time to be excluded as directed above shall commence on November 19, 2017, and continue through December 19, 2017.

Dated at Rutland, in the District of Vermont, this 13th day of November, 2017.

Geoffrey W. Crawford, Judge
United States District Court