# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

v.                                         Case No: 5:16cr94-1-2-3

**BRIAN FOLKS, DONALD MCFARLAN, MANDY LATULIPPE**

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Wednesday, November 29, 2017, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment on Third Superseding Indictment.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| Date of Notice: 11/16/2017 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

TO:

| | |
|---|---|
| Abigail E Averbach , AUSA | William E. Kraham , Esq. |
| Jared Fishman , Esq. | Kevin M. Henry , Esq. |
| Wendy L. Fuller , AUSA | Katina Francis Ready , Esq. |